## KONTUR, et v BILLINGS, et

Ohio Appeals, 8th Dist, Cuyahoga Co
No 10794. Decided Sept 29, 1930

J. P. Mooney, Cleveland, for Kontur, et.
Alfred L. Steuer, Cleveland, for Billings, et.

**LEVINE, J.**

We are of the opinion that the allegations of the petition and the prayer thereof are broad enough to cover the decree made by the common pleas court. There is no bill of exceptions filed in this case and it is to be presumed that the trial court had before it evidence which sustained the allegations of the petition.

The judgment of the common pleas court will therefore be affirmed.

Vickery, PJ, and Cline, J, concur.